# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHILIP J. VONVILLE, | : | Civil No. 1:21-CV-1617 |
| Petitioner, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of November, 2021, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Petitioner's motion for leave to proceed *in forma pauperis*, Doc. 6, is **GRANTED**.

2. Petitioner's motion to amend, Doc. 10, to name Gary Haidle, Warden of the Monroe County Correctional Facility, as the Respondent is **GRANTED**.

3. The petition for writ of habeas corpus, Doc. 1, is **DISMISSED WITHOUT PREJUDICE**.

4. A certificate of appealability will not issue.

5. The Clerk of Court is directed to **CLOSE** this case.

s/ Jennifer P. Wilson<br>
JENNIFER P. WILSON<br>
United States District Court Judge<br>
Middle District of Pennsylvania